UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LOUISE LEOTSAKOS,

          Plaintiff,

    v.

MARTIN O'MALLEY,
Commissioner of Social Security,

          Defendant.

Hon. Edward S. Kiel
Civil Action No. 1:23-cv-04256

**Electronically Filed**

### CONSENT ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

This matter having been opened to the Court by Philip R. Sellinger, United States Attorney for the District of New Jersey, and Roxanne Andrews, Special Assistant United States Attorney, attorneys for Defendant, for an Order reversing and remanding the within cause of action to the Defendant pursuant to sentence four of 42 U.S.C. § 405(g) so that further administrative action may be taken. On remand, the Appeals Council will refer the case to an Administrative Law Judge with instructions to further consider Plaintiff's claims; and issue a new decision.

Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this  3rd   day of         June        , 2024;

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action. Entry of a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure will be separately issued.

                                                      /s/ Edward S. Kiel  
                                                  HON. EDWARD S. KIEL  
                                                  United States District Judge

The undersigned hereby consent to the form and entry of the within order.

                                                  PHILIP R. SELLINGER  
                                                  United States Attorney

By:     */s/ Roxanne Andrews*  
         Roxanne Andrews  
         Special Assistant U.S. Attorney

By:     */s/ Abraham S. Alter*  
         Abraham S. Alter, Esquire  
         Attorney for Plaintiff