UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LOUISE LEOTSAKOS,

        Plaintiff,

                                  Hon. Edward S. Kiel
v.                               Civil Action No. 1:23-cv-04256

MARTIN O'MALLEY,
Commissioner of Social Security,        **Electronically Filed**

        Defendant.

## JUDGMENT ORDER

      AND NOW, this __3rd__ day of ____June____, 2024, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

      IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

      BY THE COURT:

                                                  /s/ Edward S. Kiel
                                             EDWARD S. KIEL
                                             United States District Judge